UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**ANTHEM INC.;** *et al*.<br><br>*Defendants*. | § § § § § § § § § § § § § § § | **Civil Action No. 3:20-cv-03689-N-BH**<br>**Adversary No. 20-03112** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Travis E. DeArman of the law firm of McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201, hereby appears as counsel of record for Plaintiff MedARC LLC, as collection agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC in this case. Mr. DeArman certifies that he is admitted or otherwise authorized to practice in this Court and enters this appearance to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiff.

**Travis E. DeArman**
tdearman@mckoolsmith.com
Texas State Bar No. 24074117
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Dated: February 4, 2021

Respectfully submitted,

/s/ *Travis E. DeArman*
Lewis T. LeClair
lleclair@mckoolsmith.com
Texas State Bar No. 12072500
Travis E. DeArman
tdearman@mckoolsmith.com
Texas State Bar No. 24074117
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

/s/ *Nicholas A. Foley*
Nicholas A. Foley
Texas State Bar No. 07208620
8146 San Fernando Way
Dallas, Texas 75218

***ATTORNEYS FOR PLAINTIFF MEDARC, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served electronically on all counsel of record via the Court's ECF system on February 4, 2021.

    */s/ Travis E. DeArman*
    Travis E. DeArman

2

4817-8462-7675