IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC,** § § § § § § | | |
| **Plaintiff,** § | | |
| v. § | **Civil Action No. 3:20-CV-3689-N-BH** | |
| § | | |
| **ANTHEM, INC., et al.,** § | | |
| **Defendants.** § | | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants Anthem, Inc., Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., Blue Cross and Blue Shield of Texas, Louisiana Health Service & Indemnity Company, HMO Louisiana, Inc., Blue Cross Blue Shield of Michigan, and Blue Cross and Blue Shield of South Carolina's Motion to Dismiss Plaintiff's Second Amended Complaint and Memorandum in Support*, filed February 5, 2021 (doc. 19), is **DENIED**.

**SIGNED** this 6th day of August, 2021.

_____
**UNITED STATES DISTRICT JUDGE**